RECEIVED
IN ALEXANDRIA, LA.
JUN 11 2010
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **FELIX REYES DE LEON**<br>FED. REG. #26343-069 | DOCKET NO.1:10-cv-0176; SEC. P |
| **VERSUS** | JUDGE TRIMBLE |
| **OFFICER SHANNEN** | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**THUS DONE AND SIGNED**, in chambers, in _Alexandria_, Louisiana, on this __11th__ day of __June__, 2010.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE